# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

May 21, 2002

**Before**

Hon. Joel M. Flaum,  *Chief Judge*

Hon. Daniel A. Manion,  *Circuit Judge*

Hon. Michael S. Kanne,  *Circuit Judge*

No. 00-4205

| | |
|---|---|
| United States of America, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division |
| *Plaintiff-Appellee*, | |
| *v.* | No. 98 CR 561 |
| Calvin Trennell, a/k/a Meechie, | **Rebecca R. Pallmeyer**, *Judge*. |
| *Defendant-Appellant*. | |

**O R D E R**

The opinion of this court issued on May 17, 2002, is amended as follows:

Line 1 is changed to read "Before FLAUM, *Chief Judge*, and MANION and KANNE, *Circuit Judges*."